United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED
DEC 10 2012
David J. Bradley, Clerk of Court

Antonio Flores Vera,
    Appellant

v.

Greg Abbott, et. al.
    Respondant

C.A. NO. 2:12 C.V. 44

Appellant requests Leave of the Court, to pursuit his Docketed Appeal in the United States Court of Appeals for the fifth Circuit. No. 12-41265, in forma pauperis, and shows as follows:

I. Appellant is a member of a protected class, a Qualify Individual under Americans with Disability Act. (A.D.A.) since 2004. 1990 sec. 501, 42 U.S.C.A. Sec. 12201.

II. Appellant has been deprived of his protected Government Social Security income checks and therefor cannot pay the required Appeal fee or give security thereof. A receipian under S.S.A. since 2004, 42 U.S.C.A. sec. 1876. Amended 42 U.S.C.A. Sec. 1399.

III. In addition to appellants' disability, He is a crime victim as define by Title 18 U.S.C.A. sec. 3771(e) approximalely harm by the execution of federal crimes in state Courts proceedings.

IV. Appellant continues to be in imminent danger of physical harm due to his 1st Amendment Right to be free from retailiation for complaining.

I declare under penalty of perjury, that the forgoing are true and correct. So help me God. Executed this 5th day of December 2012.

C.C. Clerk, 5th circuit.

Antonio Flores Vera
#1464193

Antonio Flores Vera
T.D.C.J. #1464193
Carol Young Med. Fas.
5509 Attwater Avenue
Dickenson, Texas, 77539

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION

United States Courts
Southern District of Texas
FILED
DEC 10 2012
David J. Bradley, Clerk of Court

USA FIRST-CLASS FOREVER

Clerk:
United States District Court
1133 North Shoreline Blvd.
Corpus Christi, Tx. 77401